GABRIELLE H. MILLS, as Administratrix of the Estate of FREDERICK L. MILLS, Deceased, Appellant, *v.* THE SOCIETY OF THE NEW YORK HOSPITAL, Respondent.

(Argued January 27, 1936; decided March 3, 1936.)

*John J. Dillon* and *Alfred M. Bailey* for appellant.
*John W. Davis* and *J. Paschall Davis* for respondent.
Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.